[No. 1173-3. Division Three. March 24, 1975.]

FREDRIC D. BIDDLE, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 63146, Albert N. Bradford, J., entered May 2, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1038-3. Division Three. March 24, 1975.]

HARRY B. SCHMIDT, *Appellant*, v. DOROTHEA M. SCHMIDT, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 29437, Carl L. Loy, J., entered November 30, 1973. *Affirmed as modified* by unpublished per curiam opinion.

[No. 1162-3. Division Three. March 25, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD HIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 21464, Willard J. Roe, J., entered March 6, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1083-3. Division Three. March 25, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 21986, Del Cary Smith, Jr., J., entered February 1, 1974. *Reversed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.